IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40460
Summary Calendar

_____

MIGUEL AREVALO,

                                        Petitioner-Appellant,

v.

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(L-94-CV-150)

_____

January 8, 1997

Before KING, HIGGINBOTHAM, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Miguel Arevalo, #439356, appeals the district court's denial
of his habeas corpus petition, arguing that the evidence supporting
his conviction for aggravated kidnapping was insufficient.  Viewing
the evidence in the light most favorable to the prosecution, any
rational trier of fact could have found beyond a reasonable doubt
the facts necessary to support a finding that Arevalo did not
voluntarily release the victim of the offense alive and in a safe
place.  See Jackson v. Virginia, 443 U.S. 307, 319 (1979).

    AFFIRMED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.